IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANA THOMAS,<br><br>        Plaintiff,<br>v.<br><br>CENTENE MANAGEMENT<br>COMPANY, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04099-CAP |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW Defendant Centene Management Company, LLC and Plaintiff Dana Thomas (collectively the "Parties"), by and through their undersigned counsel jointly move the Court to approve the Parties' settlement in accordance with applicable law and dismiss this matter, with prejudice. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference.

WHEREFORE, the Parties respectfully request the Court grant this Motion and enter the Proposed Order: (1) approving the Parties' settlement; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' Settlement Agreement.

Respectfully submitted this 1st day of April, 2022.

| | |
|---|---|
| */s/ Daniel Werner\** | */s/ Benson E. Pope* |
| Daniel Werner | Benson E. Pope |
| Georgia Bar No. 422070 | Georgia Bar No. 583730 |
| dan@decaturlegal.com | bpope@littler.com |
| Regan Keebaugh | Philip L. Lu |
| Georgia Bar No. 53500 | Georgia Bar No. 890037 |
| regan@decaturlegal.com | plu@littler.com |
| | |
| RADFORD & KEEBAUGH, LLC | LITTLER MENDELSON, P.C. |
| 315 W. Ponce de Leon Ave. | 3424 Peachtree Road N.E. |
| Suite 1080 | Suite 1200 |
| Decatur, Georgia 30030 | Atlanta, Georgia 30326.1127 |
| Telephone:  678.271.0300 | Telephone: 770.330.0330 |
| | Facsimile:  770.233.2361 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

*With express permission

3

## CERTIFICATION

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

*/s/ Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANA THOMAS,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04099-CAP |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2022, I electronically filed the forgoing **JOINT MOTION TO APPROVE SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

Daniel Werner
dan@decaturlegal.com
Regan Keebaugh
regan@decaturlegal.com
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030

　　　　　　　　　　　　　　　　　　*/s/ Benson E. Pope*
　　　　　　　　　　　　　　　　　　Benson E. Pope
　　　　　　　　　　　　　　　　　　Georgia Bar No. 583730